**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
FRANK FATIGATI,                 :
                                :
        Plaintiff,              :
                                :
v.                              :    Civ No. 3:03CV00336(AWT)
                                :
JOSEPH COUTURIER and CAPCO      :
CRANE & HOIST, INC.,            :
                                :
        Defendants.             :
-------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_  A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

\_\_\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_\_  A ruling on the following motion(s), which is/are currently pending:(orefm.)
  • Doc.# \_\_ _____

__x__  A settlement conference (orefmisc./cnf)

\_\_\_\_\_  A conference to discuss the following: (orefmisc./cnf) _____

\_\_\_\_\_  Other: (orefmisc./misc)_____

SO ORDERED this 7TH day of January, 2004, at Hartford, Connecticut.

                                        /s/
                                 Alvin W. Thompson
                            United States District Judge