FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

2003 MAY -5 P 12: 36

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| FRANK FATIGATI,<br>*Plaintiff* | CIVIL ACTION NUMBER:<br>CV 3:03 CV 336 AWT |
| VS. | |
| JOSEPH COUTURIER and<br>CAPCO CRANE & HOIST, INC.,<br>*Defendants* | JURY TRIAL DEMANDED<br><br>May 2, 2003 |

### REPORT OF PARTIES' PLANNING MEETING

Date complaint filed:          February 26, 2003

Date complaint served:         March 4, 2003

Date of defendant's appearance: March 27, 2003

Pursuant to Fed.R.Civ.P. 16 (b), 26(f) and D.Conn.L.Civ.R. 38, the parties conferred by way of telephone conferences on April 14, 2003 and April 30, 2003 and by way of correspondence dated April 14, 2003 and April 25, 2003. The participants were Michael Ewing for the plaintiff and Jack G. Steigelfest for the defendants.

FILED 2004 JAN 16 A II: 12 U.S. DISTRICT COURT HARTFORD CT.

This 26(f) Report is hereby APPROVED.  Discovery shall be completed by November 15, 2003.
Dispositive motions, if any, shall be filed on or before November 15, 2003.  A Joint Trial
Memorandum Order will be issued after the dispositive motions deadline has passed.  It is so
ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 1/14/04