*Held*
*Settled*
*2.5 Hours*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

February 5, 2004

2:00 p.m.

CASE NO. **3:03CV336 (AWT)**    <u>Fatigati v. Couturier, et al.,</u>

COUNSEL OF RECORD:

✓ Michael Francis Ewing

Adelman, Hirsch & Newman
1000 Lafayette Blvd.
Bridgeport, CT 06604
203-331-8888

Keith R. Rudzik

Howard, Kohn, Sprague &
Fitzgerald
237 Buckingham St.,
PO Box 261798
Hartford, CT 06126-1798
860-525-3101

✓ Jack G. Steigelfest

Howard, Kohn, Sprague &
Fitzgerald
237 Buckingham St.,
PO Box 261798
Hartford, CT 06126-1798
860-525-3101

✓ Richard L. Newman
Adelman, Hirsch + Newman
1000 Lafayette Blvd.
Bridgeport, CT 06604

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK