UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED 2004 FEB 23 P 1: 53

| | |
|---|---|
| FRANK FATIGATI,<br>*Plaintiff*<br><br>VS.<br><br>JOSEPH COUTURIER and<br>CAPCO CRANE & HOIST, INC.,<br>*Defendants* | CASE NUMBER:<br>3:03CV336 (AWT)<br><br><br><br>February 20, 2004 |

## STIPULATION OF DISMISSAL

The parties hereby give notice to the Court that the above-captioned matter has settled and the parties stipulate to dismissal of the action.

THE PLAINTIFF,

By_____
Michael F. Ewing, Esq.
ct10553
Adelman Hirsch & Newman, LLP
1000 Lafayette Boulevard
Bridgeport, Connecticut 06604
(203) 331-8888

THE DEFENDANTS,

By_____
Jack G. Steigelfest, Esq.
ct05733
Howard, Kohn, Sprague & FitzGerald, LLP
237 Buckingham Street
Hartford, Connecticut 06126-1798
(860) 525-3101